THE TRUSTEES OF THE SUSTENTATION FUND OF THE REFORMED EPISCOPAL CHURCH, Appellant, v. HOOSAC SCHOOL, Respondent.— Motion denied.

EDGAR W. WINSLOW, Respondent, v. JOSEPH W. DAY, Appellant.— Motion denied.

---

## FOURTH DEPARTMENT, SEPTEMBER, 1920.

GEORGE SIMON, Respondent, v. COMFORT ALLEN, Appellant.— Motion to amend order entered upon decision rendered March 18, 1920, denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JESSE S. PHILLIPS, as State Superintendent of Insurance, for an Order to Take Possession of the Property and Conduct the Business of the POLISH UNION OF AMERICA.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

JAN GLADYSZ and Others, Individually and as Members of the POLISH UNION OF AMERICA, Appellants, v. POLISH UNION OF AMERICA, INC., and Others, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EUGENE D. HOFELLER, Respondent, v. GEORGE S. BUCK and Others, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of Proving the Last Will and Testament of HELEN P. GAY, Deceased.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Application for the Appointment of a Committee of the Person and Property of ASHER T. CUDABACK, an Alleged Incompetent Person.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

LUDLOW VALVE MANUFACTURING COMPANY, Respondent, v. VILLAGE OF MIDDLEPORT and Others, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

GEORGE L. KINGSTON, Respondent, v. CITY OF BUFFALO, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

DOROTHY GREEN, Respondent, v. CORNELL UNIVERSITY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.